

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| CHARLES ALEXANDER BOYD,<br><br>    Petitioner,<br><br>    v.<br><br>RIVERSIDE SUPERIOR COURT, et al.,<br><br>    Respondent. | Case No. EDCV 11-1998-JVS (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the petition is dismissed without prejudice.

Dated:     3.6.12

James V. Selna
United States District Judge